**Order entered December 7, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00067-CV

**DEMONDRIA JEFFERSON AND DEMETRA WYSINGER, Appellants**

**V.**

**GEICO COUNTY MUTUAL INSURANCE CO., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-00628-E**

## ORDER

By letter dated October 7, 2020, we notified appellants their brief failed to comply with rule 38 of the Texas Rules of Appellate Procedure and directed them to file an amended brief that complied with rule 38 within ten days. To date, appellants have not filed an amended brief.

Accordingly, we **ORDER** the appeal submitted on appellants' September 28, 2020 brief. Appellee's brief shall be filed within **THIRTY DAYS** of the date

of this order.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE